**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KEVIN STALYN YAZUMA TAMAMI,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

No. 1:26-cv-06253 JLT CDB (HC)

A-Number: A-245-156-344

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDER PETITIONER'S IMMEDIATE RELEASE

(Docs. 1, 7)

Kevin Stalyn Yazuma Tamami is a federal immigration detainee. He initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement at the Central Valley Annex, McFarland, California. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On August 25, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's petition and immediately release Petitioner. (Doc. 7.) The Court served the findings and recommendations on the parties and notified them that objections were due within seven days. *Id*. at 3. On September 1, 2026, Respondents timely filed objections. (Doc. 8.) In their objections, Respondents object to the findings and recommendations "for the reasons stated in [Respondents'] reply to the petition [,]" to wit, that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2)(A) pending the outcome of his ongoing removal proceedings

but acknowledge the Ninth Circuit has rejected this interpretation of the Immigration and Nationality Act. (Doc. 8.); *see* (Doc. 6). Respondents otherwise do not meaningfully address the magistrate judge's findings and recommendations. *Id.*

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on August 25, 2026 (Doc. 7) are **ADOPTED** in full.
2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
3. Respondents are **ORDERED** to **IMMEDIATELY RELEASE** Petitioner and are **ENJOINED** and **RESTRAINED** from re-detaining Petitioner unless the government provides notice to Petitioner a minimum of seven days in advance and holds a bond hearing before a neutral arbiter pursuant to section 1226(a) and applicable regulations, at which Petitioner's eligibility for bond must be considered, and where the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community, such that physical custody is legally justified.
4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: September 3, 2026

UNITED STATES DISTRICT JUDGE